STATE OF MAINE
AROOSTOOK, ss

SUPERIOR COURT
DOCKET NO. CV-16-149

Inza Sharp )
        Plaintiff )
)
V )      ORDER
)
)
Wal-Mart Stores East, LP )
        Defendant )

The parties appeared before the Court for a judicial settlement conference on February 14, 2018. The conference was adjourned when it became apparent that issues relating to the claims of lienholders MaineCare and Medicare needed to be addressed.

Unless the parties indicate beforehand that Ms. Sharp has agreed to sign a Release that has previously been prepared and circulated thus resolving the case, the Court intends to resume the settlement conference in approximately 30 days from the date of this Order. The court anticipates that resumption of the settlement conference may be by telephone or video conference but reserves the right to require all parties, potentially including parties asserting lien rights, to appear at a designated location in person.

Unless, the need to resume the settlement conference has been obviated by Ms. Sharp's decision to accept and sign the proposed release, Defendant's counsel is directed to contact representatives of the lienholders to solicit and secure their commitment to participate in the settlement conference. These representatives should have settlement authority. Defense counsel is directed to notify the court should either or both lienholders decline to commit to participation so that the court can consider its options relating to compulsory participation.

Date: April 18, 2018

_____
E. Allen Hunter
Justice, Superior Court (Active Retired)